UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA,**
Plaintiff,

vs. Case No. 6:23-1258-PGB-EJK

**SEAWORLD PARKS & ENTERTAINMENT, INC., a foreign for-profit corporation,**

Defendant.
_________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant SEAWORLD PARKS & ENTERTAINMENT, INC., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: December 1, 2023.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
305/266-97780
Email: pduran@pelayoduran.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**McDERMOTT WILL & EMERY LLP**
Counsel for Defendant
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC 20001-1531
(202) 841-1947
jmwhite@mwe.com

By: /s *Jeremy M. White*
JEREMY M. WHITE
*Appearing Pro Hac Vice*

**McDERMOTT WILL & EMERY LLP**
Co-Counsel for Defendant
1180 Peachtree Street NE, Suite 3350
Atlanta, GA 30309
(404) 260-8580
kataylor@mwe.com

By: /s *Kristen A. Taylor*
KRISTEN A. TAYLOR
Florida Bar No. 1019775