UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA,**

   **Plaintiff,**

v.         Case No: 6:23-cv-1258-PGB-EJK

**SEAWORLD PARKS & ENTERTAINMENT, INC.,**

   **Defendant.**
_____/

## ORDER

  This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed December 1, 2023. (Doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant SeaWorld Parks & Entertainment, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

  **DONE AND ORDERED** in Orlando, Florida on December 5, 2023.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties